# In the United States Court of Federal Claims

No. 07-538C
Filed: July 30, 2007

| | |
|---|---|
| NEIL DWIGHT STEPHENSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

**ORDER**

**(i) DIRECTING PARTIES TO CONFER AND ARRANGE FOR PRELIMINARY STATUS CONFERENCE**

**(ii) IDENTIFYING FILING REQUIREMENTS FOR CONFERENCE**

**and**

**(iii) PRECLUDING FILING OF DISPOSITIVE MOTIONS UNTIL AFTER CONFERENCE HAS BEEN HELD**

---

## I.

**Requirement For Preliminary Conference:** It is this court's practice to hold a preliminary status conference in every case. The purpose of the conference is to acquaint the court with the issues in the case, to discuss any special problems that may exist, and to establish a schedule for further proceedings, including the briefing of any dispositive motion(s).

**<u>Conference—Scheduling and Filing Requirements</u>:** (A) For cases in which defendant intends to proceed by motion in lieu of an answer, the conference shall be held no later than 40 days after the filing of defendant's notice of appearance. In such cases, the Joint Preliminary Status Report required under Appendix A need not be filed. In lieu thereof, defendant shall file a memorandum briefly identifying the factual and/or legal bases upon which its motion will be based. This memorandum shall be filed no later than 10 days before the date scheduled for the conference.

(B) In all other cases, the conference shall be held within 20 days after filing of the Joint Preliminary Status Report required under Appendix A.

**<u>Responsibility for Scheduling</u>:** Scheduling the conference is counsel's joint responsibility. Arrangements for the conference are to be made by telephone call to this office (Joan Goldfrank (202) 357-6652) advising the court of three alternate dates previously agreed to between counsel (preferably Tuesdays or Thursdays) on which the conference may be scheduled.

**<u>Counsel's Attendance and Preparation</u>:** Local counsel are expected to appear at the conference in person; out-of-town counsel may appear by telephone. Counsel are expected to be well prepared. A casual knowledge of the issues will not suffice.

## II.

**<u>Dispositive Motions</u>:** No dispositive motion may be filed until after the preliminary status conference has been held. This order supersedes the time limits for filing of dispositive motions contained in the Rules of the United States Court of Federal Claims; a schedule governing the filing of such motion(s) will be determined at the preliminary status conference.

s/John P. Wiese
John P. Wiese
Judge